■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CAPUTO, Appellant. — Appeal by defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County, both imposed March 22, 1979 and amended on October 11, 1979. Sentences, as amended, affirmed. No opinion. Margett, J. P., O'Connor, Weinstein and Thompson, JJ., concur.